# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Diahanna Fuller, | |
| Plaintiff, | Civil Action No.: _____ |
| v. | |
| Capital Accounts, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

**PLAINTIFF DIAHANNA FULLER'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff Diahanna Fuller hereby files this Certificate of Interested Persons and Corporate Disclosure Statement. Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3, Plaintiff states as follows:

(1) The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a. Plaintiff Diahanna Fuller

    b. Defendant Capital Accounts, LLC

(2)  Plaintiff does not have a parent corporation. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    a. Defendant Capital Accounts, LLC

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a. Sergei Lemberg, Esq., attorney for Plaintiff

Submitted this day of January 25, 2016.

By: /s/ Sergei Lemberg, Esq.
Attorney Bar No.: 598666
Attorney for Plaintiff Diahanna Fuller
LEMBERG LAW L.L.C.
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250 ext. 5500
Facsimile:  (203) 653-3424
Email: slemberg@lemberglaw.com